IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



WESLEY FENNELL, JR.,

    Plaintiff,

v.    Civil Action No. 3:09CV468

CHARLES ALLEN, et al.,

    Defendants.

## FINAL ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. The reasoning in the Report and Recommendation is ADOPTED.

2. Fennell's claims are DISMISSED.

3. The action is DISMISSED.

Fennell may appeal the decision of the Court. Failure to file written notice of appeal within thirty (30) days of the date of entry hereof may result in the loss of the right to appeal.

The Clerk is DIRECTED to send a copy of the Order to Fennell.

And it is so ORDERED.

                          /s/ REP
                          Robert E. Payne
                          Senior United States District Judge

Date: May 31, 2011
Richmond, Virginia